1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10

11   KENNETH ALAN SIERRA,                    1:09-cv-01514-LJO-GSA-PC

12              Plaintiff,                    ORDER DISREGARDING MOTION
                                             (Doc. 27.)
13        v.

14   McGUINNESS, et al.,

15              Defendants.

16   _____/

17        Kenneth Alan Sierra ("Plaintiff") is a state prisoner proceeding pro se in this civil rights

18   action pursuant to 42 U.S.C. § 1983.  On June 11, 2010, Plaintiff filed a document entitled

19   "Motion for Order Confidential Modified Return Service Confidential."  (Doc. 27.)  The court

20   has carefully reviewed Plaintiff's motion and cannot ascertain the purpose for the motion.

21   Therefore, Plaintiff's motion shall be disregarded.

22

23        IT IS SO ORDERED.

24   **Dated:    January 27, 2011**            _____/s/ **Gary S. Austin**_____
                                              UNITED STATES MAGISTRATE JUDGE
25

26

27

28