# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ALAN SIERRA, | 1:09-cv-01514-LJO-GSA-PC |
| Plaintiff, | ORDER DENYING MOTION FOR ORDER DIRECTING UNITED STATES MARSHAL (Doc. 26.) |
| vs. | |
| McGUINNESS, et al., | |
| Defendants. | |

Kenneth Alan Sierra ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On June 11, 2010, Plaintiff filed a motion for a court order directing the United States Marshal in Oakland, California, to approach the Nike Corporation about contacting the Bank of Commerce in Oakland to acquire dividends for Plaintiff to pay for cases and counsel. (Doc. 26.) Plaintiff gives no authority, and the Court is unaware of any authority, to utilize the United States Marshal for such purpose on Plaintiff's behalf.  Therefore, Plaintiff's motion is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **January 28, 2011**      /s/ **Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE