# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ALAN SIERRA, | 1:09-cv-01514-LJO-GSA-PC |
| Plaintiff, | ORDER DENYING MOTION FOR CLERK TO PROVIDE ADDRESS |
| vs. | (Doc. 22.) |
| McGUINNESS, et al., | |
| Defendants. / | |

Kenneth Alan Sierra ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On June 11, 2010, Plaintiff filed a motion for the Clerk of Court to provide him with the address of Nike Corporation in Oakland, California. (Doc. 22.) Plaintiff contends that he is the sole owner of Nike, and his access to the business has been blocked by a prison escapee. Such assistance to Plaintiff is not a function of the Clerk of Court. Therefore, Plaintiff's motion is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **January 31, 2011**        /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE