1
2
3
4
5
6                        **UNITED STATES DISTRICT COURT**
7                          EASTERN DISTRICT OF CALIFORNIA
8
9     KENNETH ALAN SIERRA,                    1:09-cv-01514-LJO-GSA-PC
10              Plaintiff,                     ORDER DISREGARDING MOTIONS FOR
                                              ATTORNEY GENERAL TO CONDUCT
11       vs.                                  INVESTIGATIONS
                                              (Docs. 24, 25.)
12    McGUINNESS, et al.,
13              Defendants.
14    _____/
15          Kenneth Alan Sierra ("Plaintiff") is a state prisoner proceeding pro se in this civil rights
16    action pursuant to 42 U.S.C. § 1983.  On June 11, 2010, Plaintiff filed motions for the California
17    Attorney General to conduct investigations pursuant to 42 U.S.C. § 1997.  (Docs. 24, 25.)  Such
18    request for investigations is more properly brought before the Attorney General.   Therefore,
19    Plaintiff's motions, filed on June 11, 2010, are DISREGARDED.
20
21          IT IS SO ORDERED.
22    **Dated:    January 31, 2011**              _____ **/s/ Gary S. Austin** _____
                                              UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28