**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH ALAN SIERRA, | 1:09-cv-01514-LJO-GSA-PC |
| Plaintiff, | ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY FILING FEE |
| vs. | |
| McGUINESS, et al., | ORDER FOR CLERK TO CLOSE CASE |
| Defendants. | |
| _____/ | |

Kenneth Alan Sierra ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On March 3, 2011, pursuant to 28 U.S.C. § 1915(g), the Court revoked Plaintiff's in forma pauperis status and ordered Plaintiff to pay the $350.00 filing fee in full within thirty days. (Doc. 52.) The thirty-day time period has passed, and Plaintiff has not paid the filing fee or otherwise responded to the Court's order.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is DISMISSED, without prejudice, based on Plaintiff's failure to obey the Court's order to pay the $350.00 filing fee; and

2. The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:   April 12, 2011**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE